IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01600-EWN-KMT

PARKER EXCAVATING, INC.,
a Colorado Corporation,

    Plaintiff and Counterclaim Defendant,

v.

RIO GRANDE PORTLAND CEMENT CORPORATION,
a/k/a GCC RIO GRANDE, INC.,
a foreign corporation,

    Defendant and Counterclaimant,

---

**ORDER**

---

This matter is before the court on "Rio Grande Portland Cement Corporation's Motion to File First Amended Answer and Counterclaims" [Doc. No. 30, filed March 31, 2008]. No response was filed to the motion.

Pursuant to Fed. R. Civ. P. 15(a), "The court should freely give leave (to amend the pleadings) when justice so requires." *See also York v. Cherry Creek Sch. Dist. No. 5,* 232 F.R.D. 648, 649 (D. Colo. 2005); *Aspen Orthopaedics & Sports Medicine, LLC v. Aspen Valley Hosp. Dist.,* 353 F.3d 832, 842 (10th Cir. 2003). Plaintiff is within the time period allowed for such amendments.

Therefore, Rio Grande Portland Cement Corporation's Motion to File First Amended Answer and Counterclaims [Doc. No. 30] is GRANTED. The Amended Complaint currently attached as Exhibit A to Doc. No. 30 will be filed.

Dated this 21st day of May, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge