IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-01600-CMA-KMT

PARKER EXCAVATING, INC., a Colorado Corporation,

    Plaintiff and Counterclaim Defendant,

v.

RIO GRANDE PORTLAND CEMENT CORPORATION,
    a/k/a GCC RIO GRANDE, INC., a foreign corporation,

    Defendant and Counterclaimant.

**ORDER ADOPTING AND AFFIRMING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE DATED OCTOBER 7, 2008**

    This matter is before the Court on the recommendation by the Magistrate Judge that the dispositive motions deadline of November 1, 2008, originally set by Chief Judge Edward Nottingham, be extended to February 1, 2009. (Recommendation at 1.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court finds that extending the dispositive motions deadline is appropriate. Accordingly,

    IT IS ORDERED that the Order and Recommendation of United States Magistrate Judge (Doc. # 72) is ACCEPTED and, for the reasons cited therein, the

dispositive motions deadline of November 1, 2008, is extended to February 1, 2009.

DATED: November 13, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge