**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01600-CMA-KMT

PARKER EXCAVATING, INC., a Colorado Corporation,

    Plaintiff and Counterclaim Defendant,

v.

RIO GRANDE PORTLAND CEMENT CORPORATION,
    a/k/a GCC RIO GRANDE, INC., a foreign corporation,

    Defendant and Counterclaimant.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **six-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **September 14, 2009 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **August 28, 2009 at 1:30 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

These proceedings are subject to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District

Court for the District of Colorado and **the Civil Practice Standards for this courtroom**, a copy of which can be downloaded from the Court's website at www.cod.uscourts.gov, under "Judicial Officers' Procedures."

DATED: April  14 , 2009

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge