IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PARKER EXCAVATING, INC., | ) |
| | ) |
|     Plaintiff and | ) |
|     Counterclaim Defendant, | ) |
| | ) |
| GREGORY PARKER, | ) |
| | ) |
|     Counterclaim Defendant, | ) |
| | ) |
| vs. | )   Case Number 07-cv-01600-RJC-KMT |
| | ) |
| RIO GRANDE PORTLAND CEMENT | ) |
| CORP., a/k/a GCC RIO GRANDE, INC., | ) |
| a foreign corporation, | ) |
| | ) |
|     Defendant and | ) |
|     Counterclaimant. | ) |

## **O R D E R**

The pre-trial conference scheduled for August 28, 2009, and the trial set for September 14, 2009, are hereby stricken. They will be reset at a later date.

IT IS SO ORDERED this 28th day of August, 2009.

_____
ROBIN J. CAUTHRON
United States District Judge