IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PARKER EXCAVATING, INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| GREGORY PARKER, ) | |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| vs. ) | Case Number 07-cv-01600-RJC-KMT |
| ) | |
| RIO GRANDE PORTLAND CEMENT ) | |
| CORP., a/k/a GCC RIO GRANDE, INC., ) | |
| a foreign corporation, ) | |
| ) | |
| Defendant and ) | |
| Counterclaimant. ) | |

## **O R D E R**

This afternoon, the Court conducted a status conference with the parties by telephone.

The Court made the following rulings:

(1) The case is set for trial beginning November 30, 2009, at 9:00 a.m.

(2) The Court will schedule a pre-trial conference to be held sometime between November 2, 2009, and November 13, 2009. The precise date will be determined by mid-October, and the Court will inform the parties at that time.

(3) The parties will submit proposed jury instructions, voir dire questions, and any other matters previously submitted but not filed, to the Court by e-mail as soon as possible.

...

(4)  Any stipulations regarding the questions to be submitted to the jury must be provided in writing to the Court preferably before the start of trial, but in any event no later than when the Court instructs the jury.

IT IS SO ORDERED this 10th day of September, 2009.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge