IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

PARKER                              )
EXCAVATING, INC.,                   )
                                    )
        Plaintiff and Counter-      )
        claim Defendant,            )
                                    )
v.                                  )  Case No. CV-07-1600-RJC-KMT
                                    )
GREGORY PARKER,                     )
                                    )
        Counterclaim Defendant,     )
                                    )
RIO GRANDE PORTLAND                 )
CEMENT CORP., a/k/a RIO             )
GRANDE, INC.,                       )
                                    )
        Defendant and              )
        Counterclaimant            )

## O R D E R

The Court has reviewed the parties' designations of the deposition of Mr. Heribert

Geib and the objections thereto.  Based on that review the Court finds that all objections from

either party, which were not previously withdrawn, are hereby OVERRULED.

IT IS SO ORDERED this 20th day of November, 2009.


ROBIN J. CAUTHRON
United States District Judge