IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| PARKER EXCAVATING, INC., <br> a Colorado corporation, <br><br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> RIO GRANDE PORTLAND CEMENT <br> CORPORATION, a/k/a <br> GCC RIO GRANDE, INC., <br> a foreign corporation, <br><br> Defendant and Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-cv-1600-RJC-KMT |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEFS IN SUPPORT OF POST-TRIAL MOTIONS

This matter is before the Court on the parties' Unopposed Motion for Leave to File Reply Briefs in Support of Post-Trial Motions. The Court, having reviewed the Unopposed Motion and grounds therein, being familiar with the circumstances of this case, and finding good cause for the relief requested, hereby GRANTS the Unopposed Motion. The parties shall file reply briefs in support of their respective motions on or before December 31, 2009.

DATED: December 22, 2009.

_____
ROBIN J. CAUTHRON
United States District Judge